UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-034-WJM-KLM

FRED NEKOUEE, individually,

        Plaintiff,

vs.

MSMP INVESTORS, LLC, a Colorado limited liability company;

GUST FAMILY ENTERPRISES, INC., a Colorado corporation;

and

NATURAL GROCERS BY VITAMIN COTTAGE, INC., a Delaware corporation;

        Defendants.

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement.

DATE:  February 20, 2019

        Respectfully submitted,

        *s/Robert J. Vincze*
        Robert J. Vincze (CO #28399)
        Law Offices of Robert J. Vincze
        PO Box 792
        Andover, Kansas 67002
        Phone: 303-204-8207; Email: vinczelaw@att.net

        *Attorney for Plaintiff Fred Nekouee*

and

*s/Jonathan B. Boonin*_____
Jonathan B. Boonin
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, Colorado 80302
Phone: 303-442-6514
Email: boonin@hbcboulder.com

*Attorneys for Defendant MSMP Investors, LLC*


*s/Ryan P. Lessman*_____
Ryan P. Lessman
Jeffrey H. McClelland
Melissa H. Panagakos
Jackson Lewis P.C.
950 17th Street, Suite 2600
Denver, Colorado 80202
Phone: 303-892-0404
Email: ryan.lessman@jacksonlewis.com

*Attorneys for Defendant Natural Grocers by Vitamin Cottage, Inc.*


*s/Jeffrey S. Rose*_____
Jeffrey S. Rose
Lyons Gaddis
PO Box 978
Longmont, Colorado 80502-0978
Phone: 303-776-9900
Email: jrose@lyonsgaddis.com

*Attorneys for Defendant Gust Family Enterprises, Inc.*